

**IT IS ORDERED as set forth below:**

**Date: April 4, 2022**

_____
**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | |
| KAMRAN LIAQUAT KURANI, | CASE NO. 22-50579-PWB |
| Debtor. | CHAPTER 7 |

**ORDER AUTHORIZING BANKRUPTCY RULE 2004 EXAMINATION OF DEBTOR**

THIS MATTER is before the Court on Ascentium Capital LLC's Motion for an Order Authorizing the Examination of the Debtor Pursuant to Federal Rule of Bankruptcy Procedure 2004 [Doc. 16]. Having reviewed and considered this Motion, the Court finds good cause to grant the requested relief. Accordingly, IT IS HEREBY

ORDERED that Ascentium Capital LLC ("Ascentium") is authorized to examine Debtor pursuant to Bankruptcy Rule 2004(a) on April 29, 2022, at 10:00 AM, at the law offices of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., 3414 Peachtree Road, NE, Suite 1500, Monarch Plaza, Atlanta, Georgia, or at mutually agreeable time, date, and location; it is further

ORDERED that Debtor is directed to appear for the examination set forth above; it is further

ORDERED that Debtor is directed to produce all documents listed on the Motion's Exhibit 1 to Ascentium's counsel on or before April 22, 2022, or on a mutually agreeable date.

## END OF ORDER ##

**Order prepared and presented by:**

*/s/ Tim Colletti*
Tim Colletti
Georgia Bar No. 972791
tcolletti@bakerdonelson.com
Baker, Donelson, Bearman,
Caldwell & Berkowitz, P.C.
3414 Peachtree Rd, NE
Suite 1500, Monarch Plaza
Atlanta, GA 30326
T: (404) 577-6000

*Counsel for Ascentium Capital LLC*

**Distribution List**

Michael R. Rethinger
Law Offices of Michael R. Rethinger, LLC
1392 McLendon Avenue NE
Atlanta, GA 30307

Office of the U.S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Kamran Liaquat Kurani
860 Peachtree Street NE
Suite 703
Atlanta, GA 30308