IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **IN RE:** ) | |
| ) | **Chapter 7** |
| **KAMRAN LIAQUAT KURANI,** ) | |
| ) | **Case No. 22-50579-PWB** |
| **Debtor.** ) | |
| _____ ) | |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES</u>

COMES NOW Walter E. Jones of the law firm of Balch & Bingham LLP and hereby enters his appearance in the above-captioned matter as counsel of record for Colony Bank, successor by merger to Southcrest Bank. Notices and other materials should be sent to:

Walter E. Jones, Esq.
**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Boulevard, N.W., Suite 700
Atlanta, Georgia  30308
Telephone:  (404) 261-6020
Facsimile:  (404) 261-3656
Email:  wjones@balch.com

**[Signature Appears on Following Page]**

14081844.1

Respectfully submitted this 4th day of April, 2022.

*/s/ Walter E. Jones*
Walter E. Jones
Georgia Bar No. 163287

**BALCH & BINGHAM LLP**
30 Ivan Allen Jr. Boulevard, N.W., Suite 700
Atlanta, GA  30308
Telephone:  (404) 261-6020
Facsimile:  (404) 261-3656
wjones@balch.com

*Attorney for Colony Bank*

14081844.1

## <u>CERTIFICATE OF SERVICE</u>

I certify that on the 4th day of April, 2022, I electronically filed the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR ALL NOTICES** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

*/s/ Walter E. Jones*
Walter E. Jones
Georgia Bar No. 163287

14081844.1