# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

IN RE:

KAMRAN LIAQUAT KURANI,                           CASE NO. 22-50579-PWB

    Debtor.                                              CHAPTER 7

## NOTICE OF RESCHEDULED BANKRUPTCY RULE 2004 EXAMINATION OF DEBTOR

    COMES NOW Ascentium Capital LLC ("Ascentium") and hereby provides notice of a rescheduled date for Ascentium's examination of Debtor under Bankruptcy Rule 2004. On April 4, 2022, the Court entered an Order [Doc. 19] authorizing Ascentium examine Debtor under Bankruptcy Rule 2004 "on April 29, 2022, at 10:00 AM, at the law offices of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., 3414 Peachtree Road, NE, Suite 1500, Monarch Plaza, Atlanta, Georgia, or at mutually agreeable time, date, and location," and directing Debtor to appear for the examination.

    Ascentium and Debtor have agreed that the Bankruptcy Rule 2004 examination of Debtor will now take place on **Friday, June 3, 2022, at 10:00 AM**, at the law offices of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., 3414 Peachtree Road, NE, Suite 1500, Monarch Plaza, Atlanta, Georgia.

    Submitted by:

    */s/ Tim Colletti*
    Tim Colletti
    Georgia Bar No. 972791
    tcolletti@bakerdonelson.com
    Kevin A. Stine
    Georgia Bar No. 682588
    kstine@bakerdonelson.com
    BAKER, DONELSON, BEARMAN,

-2-

CALDWELL & BERKOWITZ, P.C.
Suite 1500, Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel: (404) 477-6000
Fax: (404) 221-6501

*Counsel for Ascentium Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

KAMRAN LIAQUAT KURANI,　　　　　　　　　　CASE NO. 22-50579-PWB

　　　Debtor.　　　　　　　　　　　　　　　　CHAPTER 7

## CERTIFICATE OF SERVICE

　　　This is to certify that I have on this day electronically filed the foregoing Notice using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Michael R. Rethinger
Law Offices of Michael R. Rethinger, LLC
1392 McLendon Avenue NE
Atlanta, GA 30307
michael@rethingerlaw.com
*Debtors' Counsel*

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555, 2964 Peachtree Road
Atlanta, GA 30305
ghays@haysconsulting.net
*Chapter 7 Trustee*

Office of the U.S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Ustpregion21.at.ecf@usdoj.gov

Walter E. Jones, Esq.
Balch & Bingham LLP
30 Ivan Allen Jr. Blvd, NW, Ste 700
Atlanta, GA 30308
wjones@balch.com
*Counsel for Colony Bank*

　　　I further certify that on this day I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid, on the following parties:

Kamran Liaquat Kurani
860 Peachtree Street NE, Ste 703
Atlanta, GA 30308

　　　　　　　　　　　　　　　　　　　　　/s/ *Tim Colletti*
　　　　　　　　　　　　　　　　　　　　　Tim Colletti
　　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 972791