**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| KAMRAN LIAQUAT KURANI, | CASE NO. 22-50579-PWB |
| Debtor. | CHAPTER 7 |

**AMENDED NOTICE OF RESCHEDULED BANKRUPTCY RULE 2004**
**EXAMINATION OF DEBTOR**

COMES NOW Ascentium Capital LLC ("Ascentium") and hereby amends its Notice of Rescheduled Bankruptcy Rule 2004 Examination of Debtor filed on April 27, 2022 [Doc. 27]. Ascentium and Debtor have agreed that the Bankruptcy Rule 2004 examination of Debtor will now take place on **Friday, June 17, 2022, at 10:00 AM**, at the law offices of Baker, Donelson, Bearman, Caldwell & Berkowitz, P.C., 3414 Peachtree Road, NE, Suite 1500, Monarch Plaza, Atlanta, Georgia.

Submitted by:

*/s/ Tim Colletti*
Tim Colletti
Georgia Bar No. 972791
tcolletti@bakerdonelson.com
Kevin A. Stine
Georgia Bar No. 682588
kstine@bakerdonelson.com
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.
Suite 1500, Monarch Plaza
3414 Peachtree Road, N.E.
Atlanta, Georgia 30326
Tel: (404) 477-6000
Fax: (404) 221-6501

*Counsel for Ascentium Capital LLC*

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | |
| KAMRAN LIAQUAT KURANI, | CASE NO. 22-50579-PWB |
| Debtor. | CHAPTER 7 |

**CERTIFICATE OF SERVICE**

    This is to certify that I have on this day electronically filed the foregoing Notice using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

Michael R. Rethinger
Law Offices of Michael R. Rethinger, LLC
1392 McLendon Avenue NE
Atlanta, GA 30307
michael@rethingerlaw.com
*Debtors' Counsel*

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555, 2964 Peachtree Road
Atlanta, GA 30305
ghays@haysconsulting.net
*Chapter 7 Trustee*

Office of the U.S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303
Ustpregion21.at.ecf@usdoj.gov

Walter E. Jones, Esq.
Balch & Bingham LLP
30 Ivan Allen Jr. Blvd, NW, Ste 700
Atlanta, GA 30308
wjones@balch.com
*Counsel for Colony Bank*

    I further certify that on this day I caused a copy of this document to be served via U.S. First Class Mail, with adequate postage prepaid, on the following parties:

Kamran Liaquat Kurani
860 Peachtree Street NE, Ste 703
Atlanta, GA 30308

                                            /s/ *Tim Colletti*
                                            Tim Colletti
                                            Georgia Bar No. 972791