# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case No.:** 22-50579-PWB
**Case Name:** KURANI, KAMRAN LIAQUAT
**For Period Ending:** 06/30/2022

**Trustee Name:** (300320) S. Gregory Hays
**Date Filed (f) or Converted (c):** 01/21/2022 (f)
**§ 341(a) Meeting Date:** 03/01/2022
**Claims Bar Date:**

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets | |
|---|---|---|---|---|---|---|---|
| 1 | 860 Peachtree Street NE Suite 703, Atlanta, GA 30308, Fulton County County<br>Notice of abandonment filed. Dkt # 32. | 265,000.00 | 0.00 | OA | 0.00 | | FA |
| 2 | HHG | 1,000.00 | 0.00 | | 0.00 | | FA |
| 3 | Misc Electronics | 500.00 | 0.00 | | 0.00 | | FA |
| 4 | Misc Sporting Goods | 150.00 | 0.00 | | 0.00 | | FA |
| 5 | Clothing | 500.00 | 0.00 | | 0.00 | | FA |
| 6 | Legacy Pizza LLC - 100% Ownership<br>Notice of abandonment filed. Dkt # 32. | 0.00 | 0.00 | OA | 0.00 | | FA |
| 7 | Money stolen by Gabriel Kitober Viera | 5,000.00 | 5,000.00 | | 0.00 | 5,000.00 | |
| 8 | FitBox LLC - 100% Ownership<br>Notice of abandonment filed. Dkt # 32. | 0.00 | 0.00 | OA | 0.00 | | FA |
| 9 | Legacy Pizza Alabama LLC, 99% ownership<br>Notice of abandonment filed. Dkt # 32. | 0.00 | 0.00 | OA | 0.00 | | FA |
| 9 | **Assets     Totals**     (Excluding unknown values) | **$272,150.00** | **$5,000.00** | | **$0.00** | **$5,000.00** | |

**Major Activities Affecting Case Closing:**

6/29/22 - Case is opened as an asset case. Trustee abandoned residence and business interests. Trustee is monitoring the Rule 2004 examinations of Debtor by Ascentium Capital LLC for any potential recoverable assets.

**Initial Projected Date Of Final Report (TFR):**     06/30/2024        **Current Projected Date Of Final Report (TFR):**     06/30/2024