**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| IN RE:<br><br>Kamran Liaquat Kurani,<br><br>    Debtor.<br><br>Ascentium Capital LLC,<br><br>    Movant,<br><br>v.<br>Kamran Liaquat Kurani,<br><br>    Respondent. | Chapter 7<br><br>Case No. 22-50579-PWB<br><br><br><br>Contested Matter |

**JOINT MOTION TO EXTEND ASCENTIUM CAPITAL LLC'S DEADLINE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY**

Ascentium Capital LLC ("Ascentium") and Kamran Liaquat Kurani make this joint motion to the Court pursuant to Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") 4004(b)(1) and 4007(c) for the entry of an order extending the deadlines set by Bankruptcy Rules 4004(a) and 4007(c) for Ascentium to file a complaint objecting to discharge or to the dischargeability of a debt pursuant to 11 U.S.C. § 523 or 11 U.S.C. § 727. The moving parties show the Court the following:

**Jurisdiction**

(1)    Debtor filed this Chapter 7 bankruptcy case on January 21, 2022.

(2)    The Court has jurisdiction to consider this matter pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (I), (J), and (O).

(3)    Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409.

**Previous Extensions of Deadline**

(4) Ascentium's original deadline to file a complaint under 11 U.S.C. 727(a) or 11 U.S.C. § 523(a) was Monday, May 2, 2022.

(5) This deadline was initially extended to July 1, 2022. This Court granted a second extension deadline of August 31, 2022; a third extension deadline of November 30, 2022; a fourth extension deadline of January 13, 2023; and a fifth extension deadline of February 28, 2023.[1]

(6) All previous extensions were at Ascentium's request. This sixth request for extension is a joint request by Ascentium and Mr. Kurani in furtherance of ongoing settlement discussions.

(7) More specifically, Ascentium's counsel completed the Rule 2004 examination of Adrian Szakallas on January 31, 2023. Since then, the moving parties' counsel have conferred and discussed various settlement scenarios.

(8) The parties wish to continue settlement discussions over the next few weeks and are considering whether a formal mediation may be a mutually beneficial.

**Relief Requested**

(9) Based upon the foregoing, the moving parties request an extension of time from the current deadline of February 28, 2023 through March 31, 2023 for Ascentium to timely file a complaint under 11 U.S.C. § 727(a) and/or 11 U.S.C. § 523(a).

(10) Federal Rules of Bankruptcy Procedure 4004(b)(1) and Rule 4007(c) authorize the Court to extend the time in which to file a complaint under 11 U.S.C. § 727(a) or § 523(a) for

---

[1] *See* Doc. 25 (order extending deadline to July 1, 2022); Doc. 38 (order extending deadline to August 31, 2022); Doc. 41 (order extending deadline to November 30, 2022); Doc. 44 (order extending deadline to January 13, 2023); Doc. 47 (extending deadline to February 28, 2023).

2

cause, on a motion filed before the time has expired. This motion is timely because it is filed before the current deadline of February 28, 2023.

(11) An extension is warranted because the parties consent to such an extension to allow for continued settlement discussions, which may include scheduling a mediation.

**WHEREFORE,** Ascentium and Mr. Kurani request that the Court enter an order extending Ascentium's deadline to file a complaint pursuant to 11 U.S.C. § 523(a) or 11 U.S.C. § 727(a) through and including March 31, 2023.

Submitted by:

*/s/ Kevin A. Stine*
Kevin A. Stine
Georgia Bar No. 682588
Baker Donelson
3414 Peachtree Rd, NE
1500 Monarch Plaza
Atlanta, GA 30326
T: (404) 577-6000
E: kstine@bakerdonelson.com

Counsel for Ascentium Capital LLC

Submitted by:

*/s/ Michael Rethinger* *
Michael Rethinger
Georgia Bar No. 301215
Law Offices of Michael R. Rethinger, LLC
1028 Edgewood Ave NE
Atlanta, GA 30307
T: (770) 922-0066
E: michael@rethingerlaw.com

Counsel for the Debtor

*by Kevin Stine with express permission*

3

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

IN RE:

KAMRAN LIAQUAT KURANI,                              CASE NO. 22-50579-PWB

    Debtor.                                              CHAPTER 7

**CERTIFICATE OF SERVICE**

    This is to certify that on February 22, 2023, I electronically filed the foregoing JOINT MOTION TO EXTEND DEADLINE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OR DISCHARGEABILITY using the Bankruptcy Court's CM/ECF program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's CM/ECF program:

    Michael R. Rethinger
    Law Offices of Michael R. Rethinger, LLC
    1028 Edgewood Avenue, NE
    Atlanta, GA 30307
    michael@rethingerlaw.com

    Office of the U.S. Trustee
    362 Richard Russell Building
    75 Ted Turner Drive, SW
    Atlanta, GA 30303
    Ustpregion21.at.ecf@usdoj.gov

    S. Gregory Hays
    Hays Financial Consulting, LLC
    Suite 555, 2964 Peachtree Road
    Atlanta, GA 30305
    ghays@haysconsulting.net

    I further certify that on this day I caused a copy of the same to be served via U.S. First Class Mail, with adequate postage prepaid, on the following party:

1

Kamran Liaquat Kurani
860 Peachtree Street NE, Ste 703
Atlanta, GA 30308

/s/ *Kevin A. Stine*
Kevin A. Stine
Georgia Bar No. 682588

Counsel for Ascentium Capital LLC

2