

**IT IS ORDERED as set forth below:**

Date: February 22, 2023

_____

**Paul W. Bonapfel
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | Chapter 7 |
| Kamran Liaquat Kurani, | Case No. 22-50579-PWB |
| Debtor. | |
| Ascentium Capital LLC, | |
| Movant, | Contested Matter |
| v. | |
| Kamran Liaquat Kurani, | |
| Respondent. | |

### ORDER GRANTING MOTION TO EXTEND DEADLINE TO FILE A COMPLAINT OBJECTING TO DISCHARGE OR TO DETERMINE DISCHARGEABILITY

This matter is before the Court for consideration of a Joint Motion to Extend Deadline to File a Complaint Objecting to Discharge or Dischargeability (the "<u>Motion</u>") from Ascentium Capital LLC ("<u>Ascentium</u>") and Kamran Liaquat Kurani ("<u>Debtor</u>"). The Court has considered the Motion and all other matters of record, and based on the forgoing, no further notice or hearing

is required and the Court finds that good cause exists to grant the relief requested in the Motion. Accordingly, it is hereby ORDERED that Ascentium shall have through and including March 31, 2023, to file a complaint objecting to Debtor's discharge pursuant to 11 U.S.C. § 727 or to the dischargeability of a debt pursuant to 11 U.S.C. § 523.

## END OF ORDER ##

| Order prepared and presented by: | Order prepared and presented by: |
|---|---|
| /s/ Kevin A. Stine<br>Kevin A. Stine<br>Georgia Bar No. 682588<br>Baker Donelson<br>3414 Peachtree Rd, NE<br>1500 Monarch Plaza<br>Atlanta, GA 30326<br>T: (404) 577-6000<br>E: kstine@bakerdonelson.com<br><br>Counsel for Ascentium Capital LLC | /s/ Michael Rethinger *<br>Michael Rethinger<br>Georgia Bar No. 301215<br>Law Offices of Michael R. Rethinger, LLC<br>1028 Edgewood Ave NE<br>Atlanta, GA 30307<br>T: (770) 922-0066<br>E: michael@rethingerlaw.com<br><br>Counsel for the Debtor<br><br>*by Kevin Stine with express permission |

## Distribution List

Michael R. Rethinger
Law Offices of Michael R. Rethinger, LLC
1028 Edgewood Avenue NE
Atlanta, GA 30307

Office of the U.S. Trustee
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

S. Gregory Hays
Hays Financial Consulting, LLC
Suite 555
2964 Peachtree Road
Atlanta, GA 30305

Kamran Liaquat Kurani
860 Peachtree Street NE
Suite 703
Atlanta, GA 30308